P. Millón & Cía., Sucesores, demandantes y apelantes, *v.* R. Caamaño y Manuel García, demandados y apelados.

No. 4025.—*Visto:* Diciembre 9, 1926. *Resuelto:* Febrero 25, 1927.

Nuevo Juicio—Fundamentos—Sorpresa, Accidente, Inadvertencia o Error—Accidente que la Prudencia no Pudo Prevenir—Enfermedad de Uno de los Abogados de Récord.—La enfermedad de uno de los abogados de récord como "accidente que la verdadera prudencia no pudo prevenir" es alegación más bien para ser considerada dentro de las prescripciones del artículo 140 del Código de Enjuiciamiento Civil y no como base para serlo en moción para nuevo juicio.

Resolución de *Luis Samalea Iglesias,* J. (Arecibo), declarando sin lugar moción de nuevo juicio. *Modificada* y así modificada, confirmada.

*José G. Torres* y *Carlos del Toro Fernández,* abogados del apelante; *José A. Vargas* y *Luis Mercader,* abogados de los demandados.

El Juez Asociado Señor Franco Soto, emitió la opinión del tribunal.

Las circunstancias de este caso son idénticas a las que se relatan en el caso No. 4090 que hemos resuelto en el día de hoy. Les separa únicamente el que, en aquel caso se apeló de la sentencia y en el presente la apelación se establece contra la resolución que denegó la solicitud de un nuevo juicio. Esta última circunstancia no varía, sin embargo, para que le sean aplicables los motivos consignados en la opinión emitida en dicho caso No. 4090.

No parece innecesario significar además que la alegación del demandante que se refiere a la enfermedad de uno de sus abogados del récord, como "accidente que la verdadera prudencia no pudo prevenir" era más bien para ser considerada dentro de las prescripciones del artículo 140 del Código de Enjuiciamiento Civil y no como base para serlo en una moción para un nuevo juicio.

*En este caso, por tanto, debe modificarse la resolución apelada, añadiendo las siguientes palabras: "y se concede a la parte demandante permiso para presentar una solicitud enmendada basada en el artículo 140 del·Código de Enjui-*

*ciamiento Civil dentro del término de treinta días contados a partir del 5 de marzo de 1927.''*

El Juez Asociado Señor Hutchison no intervino.